rari denied.

No. 73–1417. SUSQUEHANNA COAL CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 73–1422. MARTINO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–1427. DOSS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–1428. FENCL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–1429. LOWE ET AL. *v.* UNION OIL CO. OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 73–1435. SADLER ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–1439. GREENBANK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–1443. UNIVERSITY OF HOUSTON ET AL. *v.* WURZER ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–1457. BISHOP *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–1463. KONIGSBERG ET AL. *v.* NIXON. C. A. 9th Cir. Certiorari denied.

No. 73–1481. UNION CAMP CORP. *v.* GYPSUM CARRIER, INC., ET AL. C. A. 5th Cir. Certiorari denied.